IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NURSA, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ST. CLOUD ROCHELLE PARK, LLC, and DOES I-X, <br><br>    Defendants, <br><br> *and* <br><br> NURSA, INC., <br><br>    Plaintiff, <br><br> v. <br><br> SOUTH CENTER STREET NURSING HOME, LLC, and DOES I-X, <br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTIONS TO DISMISS OR TRANSFER VENUE AND GIVING LEAVE TO AMEND COMPLAINT** <br><br> Case Nos. 2:24-cv-00630-JNP-JCB and 2:24-cv-00631-JNP-JCB <br><br> District Judge Jill N. Parrish |

The court held a hearing on Defendants' motions to dismiss or transfer on July 2, 2025.[1] At the hearing, it became apparent that numerous relevant statutes, rules, and court opinions were not addressed in the briefing. To promote the efficient resolution of the parties' dispute about

---

[1] The motions at issue can be found at ECF No. 17 on both cases' dockets.

venue, the court now **DENIES** Defendants' motions without prejudice, gives leave for Plaintiff to amend its complaints, and sets an expedited briefing schedule. Plaintiff may file amended complaints no later than **Monday, July 14**. The amended complaints should set forth all possible bases for venue that Plaintiff wishes the court to consider. Any bases not raised will be deemed waived. Defendants may file motions to dismiss the amended complaints no later than **Monday, July 21**. Plaintiff may file its responses no later than **Monday, July 28**, and Defendants may file replies no later than **Monday, August 4**. No extensions to this schedule will be granted.

Signed July 2, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge